UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

Alexander Samuel,

                                      Plaintiff,

-against-

Bellevue Hospital Center (HHC)
New York City

                                      Defendant.

------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 Civ. 6321 (NRB)(DCF)

**PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent defendant Bellevue Hospital Center (HHC) New York City in the above-referenced action.

Assistant Corporation Counsel Jennaydra D. Clunis is no longer assigned to this matter. Accordingly, I respectfully request that any future correspondence or ECF notifications relating to this matter be addressed to me, and that Jennaydra D. Clunis's name be removed as Lead Counsel on the Docket Sheet.

Dated:      New York, New York
              January 3, 2008

                                      **MICHAEL A. CARDOZO**
                                      Corporation Counsel of the
                                        City of New York
                                      Attorney for Defendant
                                      100 Church Street, Room 2-317
                                      New York, N.Y. 10007
                                      (212) 788-0960
                                      cheer@law.nyc.gov

                          By: _____
                                   Christopher L. Heer (CH1086)
                                   Assistant Corporation Counsel

To:   **ALEXANDER SAMUEL**
      By Regular Mail
      1360 Ocean Avenue, # 3D
      Brooklyn, New York 11230

07 Civ. 6321 (NRB)(DCF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alexander Samuel,

                        Plaintiff,

-against-

Bellevue Hospital Center (HHC)
New York City

                        Defendant.

## NOTICE OF APPEARANCE

**MICHAEL A. CARDOZO**
*Corporation Counsel of the City of New York*
Attorney for Defendant
100 Church Street, Room 2-317
New York, New York 10007-2601

Of Counsel: Christopher L. Heer
Tel.: 212-788-0960

Case No.: 2007-033491

*Service of which is hereby acknowledged:*

New York, New York      Dated: ................

Signed: ................

Attorney for: ................