**MR. ALEXANDER SAMUEL
HOUSE OF ECGBERT
BRETWALDA**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/08

1360 Ocean Avenue, Apt 3D
Brooklyn, NY 11230
United States of America
646 - 642 - 9538

May 15, 2008



JUDGE CHAMBERS
NAOMI R. BUCHWALD

1 9 2008

ED STATES DISTRICT JUDGE

Hon. Naomi R. Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2270
New York, New York 10007

Re:    Alexander Samuel v. Bellevue Hospital Center (HHC), NYC
        Docket No: 07 Civ. 6321 (NRB)

Dear Judge Buchwald:

Plaintiff respectfully requests the extension of time till July 4, 2008 in order to file opposition motion in response to defendant's motion to dismiss.

Respectfully submitted,

Alexander Samuel
Attorney Pro Se

*Endorsement*

*As the motion was filed in March, 2008 an extension until June 16, 2008 is more than sufficient. Any reply must be filed no later than June 27, 2008.*

*So Ordered.*

*May 19, 2008*