USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

**MR. ALEXANDER SAMUEL**
**HOUSE OF ECGBERT**
**BRETWALDA**

1360 Ocean Avenue, Apt 3D
Brooklyn, NY 11230
United States of America
646 - 642 - 9538

June 6, 2008



MEMO ENDORSED

Hon. Naomi R. Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2270
New York, New York 10007

Endorsement:
Plaintiff's request for a second extension until July 4, 2008 to answer the defendants motion is granted. NO FURTHER EXTENSIONS WILL BE GRANTED.
So Ordered,
Naomi Buchwald
6/10/08

Re:   Alexander Samuel v. Bellevue Hospital Center (HHC), NYC
      Docket No: 07 Civ. 6321 (NRB)

Dear Judge Buchwald:

Thank you for your consideration and letting extension of time till June 16, 2008 in order to file opposition motion in response to defendant's motion to dismiss. However this time extension is not sufficient because of constant harassments, tortures and abuses by team of persons who most likely were hired by defendants specifically for purpose of creation of unbearable living conditions in plaintiff's residence apartment 3D and sabotage my efforts to keep my employment and meet due date for filling legal documents with the court. The team of persons included but not limited by neighbors in apartment 2D, Taylors, apartment 4D, Lebedev, Guttman, apartment 3L, Crandall, superintendent

- 1 -

Roland, Allstate Realty Associates, Rockowsky Realty and some employees of Bellevue Hospital Center, suspects are Anthony Lyndon, Joseph Leconte, Edward Barnes, Jonathan Johnson, Orrin White, as well as Alvin Katz, David Amiramov, Maasey Shamilov, Timur Ashurov, Arkady Ashurov, Peter Yevseev, terrorist organization Kahane, Lubavitch Khasidic Sect, Ilana Davidova, Catholic Church, Hillary Clinton's election committee members and others.

These individuals and organizations suspected in conspiracy of creation hostile environment in plaintiff residential premises by numerous and continuous flooding with sewage waters plaintiff apartment, bathroom, kitchen, living room from apartment 4D damaging plaintiff health, clothes and property, constantly torturing plaintiff by sleep deprivation by using extremely loud music, noise and other technique from apartment 2D, 4D and apartment 3L even in late night hours, trying to solicit acts of prostitution and extort money from plaintiff. Although plaintiff numerous times tried to get police help calling 911 the act of vandalism and torture still continues, which seriously impairs plaintiff ability to work, study and keep due date for filing legal documents with court. The most recent plaintiff's telephone call 911 in May 2008 asking for police help to stop harassments was simply ignored. As a proof of numerous flooding from apartment 4D photo pictures attached. Plaintiff respectfully asking Judge to consider circumstances mentioned above and let the extension of time till July 4, 2008 in order to file opposition

motion in response to defendant's motion to dismiss as well as other possible remedies for intolerable conditions mentioned above.


Respectfully submitted,

Alexander Samuel
Attorney Pro Se