**MEMO ENDORSED**



```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08
```

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET, Room 2-317
NEW YORK, NY 10007

CHRISTOPHER L. HEER
phone: (212) 788-0960
fax: (212) 788-0940
email: cheer@law.nyc.gov

July 16, 2008

**By Hand Delivery**
Honorable Naomi R. Buchwald
United States District Judge
United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

Re: Samuel v. Bellevue Hospital Center (HHC) et al.
07 Civ. 6321 (NRB) (DCF)

Dear Judge Buchwald:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel for the City of New York, assigned to represent defendant the Bellevue Hospital Center and write to respectfully request a short extension of the time, from July 16, 2008 to July 23, 2008, to respond to plaintiff's Affirmation in Opposition to Defendant's Motion to Dismiss in the above-referenced action. Alexander Samuel, plaintiff pro se, has not consented to Defendant's request for an extension of time as plaintiff pro se believes that defendant has had enough time to reply. This is Defendant's first request for an extension of time to reply.

Plaintiff served Defendant with an Affirmation in Opposition to Defendant's Motion to Dismiss. I received the plaintiff's papers on July 9, 2007. Since that time, I have been reviewing several of the allegations therein with my client and, as such, have not been able to complete the reply papers by today as originally anticipated. Defendants therefore request a brief one-week extension to draft and serve the reply papers. While plaintiff objects to this extension, it is clear that plaintiff will not be prejudiced by this brief one week extension.

*Application granted. No further extensions.*

*Naomi Buchwald*
*7/17/08*

MEMO ENDORSED

For the foregoing reasons, Defendant respectfully requests an extension of time to July 23, 2008 to submit a Reply Memorandum to plaintiff pro se's Affirmation in Opposition.

Thank you for your consideration of this request.

Respectfully submitted,

Christopher L. Heer (CH 1086)
Assistant Corporation Counsel

cc: **By Regular Mail**
Alexander Samuel
Plaintiff *pro se*
1360 Ocean Avenue, Apt. 3D
Brooklyn, New York 11230
(646) 642-9538