UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEXANDER SAMUEL,

                Plaintiff,                      07 CIVIL 6321 (NRB)

      -against-                             **JUDGMENT**

BELLEVUE HOSPITAL CENTER (HHC) NYC,
                Defendant.
------------------------------------------------------------X

       Defendant having moved for a dismissal of the complaint pursuant to F. R. Civ. P. 12(b)(1),(6),and 28 USC 1915(e)(2)(b), and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on Aug 21, 2008, having rendered its Memorandum Order granting defendant's motion for dismissal and directing the Clerk to enter judgment, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order, dated Aug 21, 2008, defendant's motion for dismissal of the complaint is granted and the case is closed.

**Dated:** New York, New York
          August 22, 2008

                                                      J. MICHAEL McMAHON
                                                          Clerk of Court
                                          BY:
                                                           Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____